# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| Reginald L. Lee <br> *Plaintiff* <br> v. <br> Mayor/City Council of Balto. et al <br> *Defendant* | Civil Action No. **JKB 12 CV 2418** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Stephanie Rawlings Blake, Mayor
City Hall
100 North Holliday Street
Baltimore, MD. 212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Reginald L. Lee, Pro Se
4121 Fairview Avenue
Baltimore, MD. 21216-1233

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

Reginald L. Lee  )
_Plaintiff_ )
 )
v. )  Civil Action No. **JKB 12 CV 2418**
 )
Mayor/City Council of Balto. )
et al _Defendant_ )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bernard J. Young, President
City Council of Baltiomore
100 North Holliday Street
Baltimore, MD. 2120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reginald L. Lee, Pro Se
4121 Fairview Avenue
Baltimore, MD. 21216-1233, 443804-1456

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of Maryland

Reginald L. Lee
_____
Plaintiff
v.                                    Civil Action No. JKB 12 CV 2418

Mayor/City Council of Balto.
et al
_____
Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jay A. Dackman, P.A.
825 North Charles Street
Baltimore, MD. 21201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Reginald L. Lee, Pro Se
4121 Fairview Avenue
Baltimore, MD. 21216-1233

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____              _____
                                            *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of Maryland

Reginald L. Lee  )
_____  )
Plaintiff  )
)
v.  )  Civil Action No. **JKB 12 CV 2418**
)
Mayor/City Council of Balto.  )
et al  )
_____  )
Defendant  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Anthony J. DeLaurentis, P.A.
9891 Broken Land Parkway
Suite 301
Columbia, MD. 21046
443-539-2003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reginald L. Lee, Pro Se
4121 Fairview Avenue
Baltimore, MD. 21216-1233

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____
_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of Maryland

Reginald L. Lee
*Plaintiff*

v.

Mayor/City Council of Balto.
et al
*Defendant*

Civil Action No. **JKB 12 CV 2418**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William M. O'Connell, P.A.
9891 Broken Land Parkway
Suite 301
Columbia, MD. 21046, 443-539-2003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Reginald L. Lee, Pro Se
4121 Fairview Avenue
Baltimore, MD. 21216-1233

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Reginald L. Lee
*Plaintiff*

v.                                    Civil Action No. **JKB 12 CV 2418**

Mayor/City Council of Balto.
et al
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John K. Reiff, P.A.
9891 Broken Land Parkway
Suite 301
Columbia, MD. 21046, 443-539-2003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reginald L. Lee, Pro Se
4121 Fairview Avenue
Baltimore, MD. 21216-1233

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of Maryland

Reginald L. Lee
_Plaintiff_

v.   Civil Action No. **JKB 12 CV 2418**

Mayor/City Council of Balto. et al
_Defendant_

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John Tuper, P.A.
9891 Broken Land Parkway
Suite 301
Columbia, MD. 21046, 443-539-2003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reginald L. Lee, Pro Se
421 Fairview Avenue
Baltimore, MD. 21216-1233

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_Signature of Clerk or Deputy Clerk_

# UNITED STATES DISTRICT COURT
for the

District of Maryland

Reginald L. Lee
*Plaintiff*

v.   Civil Action No. **JKB 1 2 CV 2 4 1 8**

Mayor/City Council of Balto.
et al
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jack E. Reid, P.A.
9891 Broken Land Parkway
Suite 301
Columbia, MD. 21046, 443-539-2003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Reginald L. Lee, Pro Se
4121 Fairview Avenue
Baltimore, MD. 21216-1233

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of Maryland

Reginald L. Lee
*Plaintiff*

v.                                              Civil Action No.  **JKB 12 CV 2418**

Mayor/City Council of Balto.
et al
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ron Spoka, P.A.
3604 Eastern Avenue
Suite 300
Baltimore, MD. 21224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Reginald L. Lee, Pro Se
4421 Fairview Avenue
Baltimore, MD. 21216-1233

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of Maryland

Reginald L. Lee
*Plaintiff*

v.

Mayor/City Council of Balto. et al
*Defendant*

Civil Action No. **JKB 12 CV 2418**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Benjamin R. Zajdel
The Home Group
Commerce Center East, 253
Baltimore, MD. 21208

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Reginald L. Lee, Pro Se
4121 Fairview Avenue
Baltimore, MD. 21216-1233, 443-804-1456

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of Maryland

Reginald L. Lee  )
_____ )
Plaintiff )
)
v. )  Civil Action No.  **JKB 12 CV 2418**
)
Mayor/City Council of Balto. )
et al )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stanley Alpert, P.A.
The Sun Life Building
20 South Charles Street
Suite 300
Baltimore, MD. 21210-3283

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Reginald L. Lee, Pro Se
4121 Fairview Avenue
Baltimore, MD. 21216-1233

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of Maryland

Reginald L. Lee
*Plaintiff*

v.   Civil Action No. **JKB 12 CV 2418**

Mayor/City Council of Balto.
*Defendant*
et al

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Heidi S. Kenny, P.A.
2008 City Holdings, LLC
11426 York Road, 1st Floor
Cockeysville, MD. 21030
410-415-7071

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reginald L. Lee, Pro Se
4121 Fairview Avenue
Baltimore, MD. 21216-1233

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of Maryland

Reginald L. Lee  )
_____  )
Plaintiff  )
)
v.  ) Civil Action No. **JKB 12 CV 2418**
)
Mayor/City Council of Balto. )
et al  )
Defendant  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Karen M. Authement, P.A.
2008 City Holdings, LLC
11426 York Road, 1st Floor
Cockeysville, MD. 21030
410-415-7071

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reginald L. Lee, Pro Se
4121 Fairview Avenue
Baltimore, MD. 21216-1233

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| Reginald L. Lee <br> _Plaintiff_ <br> v. <br> Mayor/City Council of Balto. <br> _Defendant_ <br> et al | Civil Action No. **JKB 12 CV 2418** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mary T. Keenan, Assistant Solicitor
Baltimore City Law Department
Room LL82
100 North Holiday Street
Baltimore, MD 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reginald L. Lee, Pro Se
4121 Fairview Avenue
Baltimore, MD. 21216-1233, 443-804-1456

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of Maryland

Reginald L. Lee
_____
Plaintiff

v.                                      Civil Action No.   **JKB 12 CV 2418**

Mayor/City Council of Balto.
et al
_____
Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kyriakos Marudas, Assistant Solicitor
Baltimore City Law Department
Room L82
100 North Holliday Street
Baltimore, MD. 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reginald L. Lee, Pro Se
4121 Fairview Avenue
Baltimore, MD. 21216-1233, 443-804-1456

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| Reginald L. Lee <br> *Plaintiff* <br> v. <br> Mayor/City Council of Balto. <br> *Defendant* | Civil Action No. **JKB 12 CV 2418** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Owner
A. J. Billig Auctioneers + Co.
6500 Falls Road
Baltimore, MD. 21209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Reginald L. Lee, Pro Se
4121 Fairview Avenue
Baltimore, MD. 21216-1233, 443 804-1456

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*